# EXHIBIT 4

On 10-29-19 I Larry L. Jones 220191 was a Seg. Barber. I was cutting hair in Dormitory C. I had cut my share of hair and it was time to go back to the dorm. While I was cleaning my area, someone threw a scribe over the top tear and told me to get it. Before I had the chance to read it the officers told me and the other barbers to come on + lets go. Without thinking I brought the scribe out. One of the barbers told me I wasn't to bring anything out with me but it was too late. While walking back towards the shift office two officers were walking towards me + the other barbers. They said "Larry Jones stop right there + told the other barbers to go ahead. Then they proceeded to walk me to the shift office. I thought to myself whats going on? This is my first night! I thought about what the other barbers told me about the scibe + tried to put it in my mouth. Well I did put it in my mouth. The officer that was walking me back to the shift office saw me + immediatly began choking me. I spit the scibe out after being choked. Once I spit it out they cuffed me + sam my face into the fence + took me to the shift office's front porch to Sgt. Peltzer which was waiting on the front porch. He told them to leave us alone + proceeded to ask me questions. Such as, what is the paper? Is it dope? I

then told him I think it a scibe from a friend of mines I really don't know. He then told me to go into the shift office, and once inside the shift office he told the officers to strip search me + he said if thats "Flocka" you are trying to swallow im going to lock your AS up! If its not "Flocka" I still might lock you ASS up! After searching me a finding nothing. I think he had examined the scibe, well he did examine it. He then proceeded to ask me Question like why did you try to swallow a scibe? I told him that the other barber told me I wasn't to bring anything out. He then Asked me was I running dope from lock-up to Robert E. Council. I said no its my first night working. He then asked me was I a blood or was I affiliated with them I said NO. He told me I was lying, I said I wasn't. He then took me outside of the shift office to a secluded area and said that Robert E. Councils name was on the scibe I had and asked me where it came from. I said I don't know someone told me to pick it up And that I thought it was from a friend of mines. He still told me I was lying. He also told me I want Robert E Council + someone else name Caples or Something like that I told him I really don't talk to Robert E Council

He was getting mad + turning red in the face. I knew he was mad which kinda scared me because it was third shift and he took me off by myself. Plus most of the other officers were mad. And he had already ran my face into the fence while we was outside. In the secluded area he was sitting there for a minute being quiet and then got up + went back into the shift office for maybe 10 to 15 minutes before coming back out with a pen and pad. He sat down on the table in front of me and told me its only one way out of this. He said tell me who the officer is bringing in the dope + tell me who Robert.E.Council is getting it from in lock-up. I said I can't tell you something I don't know. Plus I'm not a rat. He went back inside came back out with another officer the other officer was playing with a baton Sgt. Peltzer then told me no matter what I do Robert E. Council is going to lock-up anyways. I can't save him. his name is on that scibe. He then told me "what I was going to do." He said I'm tired of this bastard and all of his lawsuits "you" as in me are going to help me get him away from here. I asked him what do you mean I can't get him away from here. He then told me to validate him as my enemy. I said

I can't do that the man hasn't done me any wrong. He then told me I will do it or get fucked up, wrote up, and, threw in seg. for a long time. I wasn't really afraid of the write up or the seg. Time I was worried about them hurting me. My mind began racing, I thought about it and I came to the conclusion, well if I do it I'll help Robert E. Council get away from here which I know he wants. But, I still said I can't do this man. I don't remember the other officers name that was out there with him" Sgt. Peltzer playing with that baton but he said o.k. this what you want? I said no. I knew I was in between a rock and a hard spot and Sgt. Peltzer picked up the pen gave it to me and told me what to start writing. Once he was satified he told me to sign it. All the while I knew it was wrong but, I felt if I didn't do it they would beat me up + write me up as well as put me in lock-up. He then told me to get my clippers + go back to the dorm. I then told him damn man you gonna make me do this shit lock Robert. E. Council up + send me back to the dorm. I said you making me look fucked up to my peers. I also told him that I felt like this is wrong, plus Robert. E. Council can't transfer

Cheryl Price got him here, I told him your not going to get him transferred your going to get me transferred. He then told me He knew what he was doing and that he was the one that got Mike G transferred so let him handle it. He then asked me if I wanted to go to lock-up, if not grab my clippers and go back to the dorm. When I was almost out the door he stopped me and said "Jones classification will call you up there to talk to you about this and you better not mention what happened or change a thing or I will fuck you up I promise. Classification never called me so I figured he never went through with it. But, he did. I know it was wrong so once Robert E. Council's time was up he called for me and asked me what was going on. He asked why did I validate him as an Enemy. I told him Sgt. Peltzer made me which is True. I never had problems with this man. Period. I also have done two affidavits to remove him from my enemy list. I have sent it to the Warden + Classification + they still haven't let him out. I feel like the administration is using me for a pawn to keep him back there which is wrong. I've also contacted I+I + wrote both Captains + the warden + Lt. Coady. No one has fixed

the situation at hand. So many different people are constantly coming to me asking me whats going on between me and Robert. E. Council and why wont I let him out. I tell them Im doing everything in my power to. So could someone please check into this matter for me.

DATE: 4-14 2020

Larry Jones #220191
Affiant / Larry Jones

Sworn to and subscribed Before me this 14th day of April, 2020

Daryl Degraffenried
Notary Public

01/18/2022
My Commission Expires