IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT EARL COUNCIL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 2:23-cv-658-ECM ) |
| COMMISSIONER JOHN HAMM, *et al.*, | ) ) ) |
| Defendants. | ) |

**O R D E R**

Now pending before the Court is the Plaintiff's motion for expedited discovery. (Doc. 16). The Plaintiff's motion fails to demonstrate why discovery is necessary in the compressed time period prior to the preliminary injunction hearing scheduled for November 30, 2023. Therefore, in light of the breadth of discovery requested, the intervening holiday, and the compressed time period it is

ORDERED that the motion for expedited discovery (doc. 16) is DENIED.

DONE this 20th day of November, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE