Alabama Department of Corrections     CREC052
Inmate Summary
Disciplinary    00181418X COUNCIL, ROBERT EARL
For Transactions on 11/1/2023

AIS: 00181418X    Prev/Next:
Inmate: COUNCIL, ROBERT EARL
Legal:
R/S: BM   Dob:     SSN:
Inst: 024 - LIMESTONE CORR BED #: D22-1A
Admit: 04/10/1995 2 - LIFE SENTENCE W/O PAROLE
Status: 82 - INCARCERATED
Jail: 0Y 8M 9D    Retro CIT: NONE
Security: (5) Five
Custody: MED-9   Custody Date: 03/31/2023    Parole Review Date: * NONE *
Alias: COUNCIL, ROBERT EARL
IMAS: PREVENTATIVE

Class Date: 04/10/1995
CLASS IV - PROHIBITED FROM EARNING GOODTIME

| Total Term | Min Rel Dt | GoodTime Bal | GoodTime Rev | Dead Time | Long Date |
|---|---|---|---|---|---|
| LWOP | 99/99/9999 | 000000 Days | 000000 Days | 0Y 0M 0D | 99/99/9999 |

Inmate Literal:
*************************************************************************

Offenses for 00181418X

| Seq | County | Sent Dt | Case Nbr | Fees | Hab Off | PTS | JL-CR | Term |
|---|---|---|---|---|---|---|---|---|
| 1 | COFFEE | 04/10/1995 | CC1994000254 | 6814.00 | N |  | 253 | LWOP |
|  | 002A - MURDER |  | CAPITAL-VEH FR OUTSIDE |  |  |  |  |  |

*************************************************************************

Detainer Warrants for 00181418X
    Inmate Currently has NO ACTIVE Detainer Warrants
*************************************************************************

Probations, Escapes and Paroles for 00181418X
   No Probations    No Escape Sentences    No Escapes    No Parole Releases

*************************************************************************

Disciplinaries for 00181418X

Seq: 72    MAJOR Discipline on 11/01/2023 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
         Cust from 29 to 29      Retain Days: 9180     Time Lost: 0Y 0M 0D
         Rule: 525 - VIOLATION OF STATE OR FEDERAL STATUTES

Seq: 71    MAJOR Discipline on 11/01/2023 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
         Cust from 29 to 29      Retain Days: 9365     Time Lost: 0Y 0M 0D
         Rule: 925 - FAILURE TO OBEY A DIRECT ORDER OF AN ADOC EMPLOYEE

Seq: 70    MAJOR Discipline on 11/01/2023 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
         Cust from 29 to 29      Retain Days: 9365     Time Lost: 0Y 0M 0D
         Rule: 902 - ASSAULT ON A PERSON(S) ASSOCIATED WITH ADOC

Run Date: 11/2/2023 1:04:45 AM

# Alabama Department of Corrections
## Inmate Summary
### Disciplinary      00181418X  COUNCIL, ROBERT EARL
For Transactions on 11/1/2023

**Seq: 69**  MAJOR Discipline on 07/11/2023 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 9180       Time Lost: 0Y 0M 0D
Rule: 528 - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S)

**Seq: 68**  MAJOR Discipline on 04/17/2023 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 9180       Time Lost: 0Y 0M 0D
Rule: 529 - UNAUTHORIZED PARTICIPATION IN SOCIAL NETWORKING

**Seq: 67**  MAJOR Discipline on 04/17/2023 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 9180       Time Lost: 0Y 0M 0D
Rule: 528 - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S)

**Seq: 66**  MAJOR Discipline on 12/16/2022 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 528 - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S)

**Seq: 65**  MAJOR Discipline on 11/07/2022 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 528 - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S)

**Seq: 64**  MAJOR Discipline on 10/20/2022 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 925 - FAILURE TO OBEY A DIRECT ORDER OF AN ADOC EMPLOYEE

**Seq: 63**  MAJOR Discipline on 10/18/2022 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 924 - ENCOURAGING OR CAUSING OTHER TO STOP WORK

**Seq: 62**  MAJOR Discipline on 10/18/2022 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 925 - FAILURE TO OBEY A DIRECT ORDER OF AN ADOC EMPLOYEE

**Seq: 61**  MAJOR Discipline on 10/18/2022 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 920 - INCITING A RIOT OR RIOTING

**Seq: 60**  MAJOR Discipline on 10/18/2022 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 916 - GATHERING IN A THREATENING OR INTIMIDATING MANNER

**Seq: 59**  MAJOR Discipline on 10/18/2022 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 902 - ASSAULT ON A PERSON(S) ASSOCIATED WITH ADOC

**Seq: 58**  MAJOR Discipline on 01/31/2022 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 517 - INSUBORDINATION

**Seq: 57**  MAJOR Discipline on 12/16/2021 At Inst: 017 - KILBY RCC
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 516 - POSSESSION OF CONTRABAND

**Seq: 56**  MAJOR Discipline on 12/16/2021 At Inst: 017 - KILBY RCC
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Run Date: 11/2/2023 1:04:45 AM

## Alabama Department of Corrections
## Inmate Summary

**Disciplinary   00181418X  COUNCIL, ROBERT EARL**

For Transactions on 11/1/2023

Rule: 529 - UNAUTHORIZED PARTICIPATION IN SOCIAL NETWORKING
Seq: 55   MAJOR Discipline on 12/14/2021 At Inst: 017 - KILBY RCC
         Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule: 517 - INSUBORDINATION
Seq: 54   MAJOR Discipline on 12/07/2021 At Inst: 017 - KILBY RCC
         Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule: 516 - POSSESSION OF CONTRABAND
Seq: 53   MAJOR Discipline on 09/07/2021 At Inst: 017 - KILBY RCC
         Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule: 925 - FAILURE TO OBEY A DIRECT ORDER OF AN ADOC EMPLOYEE
Seq: 52   Behavior Citation on 08/30/2021   At Inst: 017 - KILBY RCC
         Cust from 29 to 29          Retain Days: 0

Rule: 312 - INSUBORDINATION
Seq: 51   MAJOR Discipline on 08/10/2021 At Inst: 017 - KILBY RCC
         Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule: 516 - POSSESSION OF CONTRABAND
Seq: 50   Behavior Citation on 07/22/2021   At Inst: 017 - KILBY RCC
         Cust from 29 to 29          Retain Days: 0

Rule: 311 - POSSESSION OF CONTRABAND
Seq: 49   MAJOR Discipline on 03/16/2021 At Inst: 017 - KILBY RCC
         Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule: 519 - DELAYING, HINDERING, OR INTERFERING WITH AN EMPLOYEE IN PERFORMANCE OF
Seq: 48   MAJOR Discipline on 03/01/2021 At Inst: 017 - KILBY RCC
         Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule: 925 - FAILURE TO OBEY A DIRECT ORDER OF AN ADOC EMPLOYEE
Seq: 47   MAJOR Discipline on 10/23/2020 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
         Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule: 528 - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S)
Seq: 46   MAJOR Discipline on 11/25/2019 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
         Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule: 934 - POSSESSION OF CONTRABAND
Seq: 45   MAJOR Discipline on 11/07/2019 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
         Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule:  - INTENTIONALLY CREATING A SECURITY, SAFETY, OR HEALTH HAZARD
Seq: 44   MAJOR Discipline on 11/07/2019 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
         Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule: 934 - POSSESSION OF CONTRABAND
Seq: 43   Behavior Citation on 10/30/2019   At Inst: 024 - LIMESTONE CORRECTIONAL CENTER
         Cust from 29 to 29          Retain Days: 0

Rule: 314 - DISORDERLY CONDUCT
Seq: 42   MAJOR Discipline on 09/16/2019 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER

# Alabama Department of Corrections
## Inmate Summary

**Disciplinary**     00181418X  COUNCIL, ROBERT EARL

For Transactions on 11/1/2023

|         |                                                                                          |
|---------|------------------------------------------------------------------------------------------|
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 925 - FAILURE TO OBEY A DIRECT ORDER OF AN ADOC EMPLOYEE                           |
| Seq: 41 | MAJOR Discipline on 01/30/2019 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC             |
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 528 - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S)                         |
| Seq: 40 | MAJOR Discipline on 12/20/2018 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC             |
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 925 - FAILURE TO OBEY A DIRECT ORDER OF AN ADOC EMPLOYEE                           |
| Seq: 39 | MAJOR Discipline on 07/20/2018 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC             |
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 528 - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S)                         |
| Seq: 38 | MAJOR Discipline on 03/16/2017 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER              |
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 517 - INSUBORDINATION                                                              |
| Seq: 37 | MAJOR Discipline on 12/30/2016 At Inst: 024 - LIMESTONE CORRECTIONAL CENTER              |
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 925 - FAILURE TO OBEY A DIRECT ORDER OF AN ADOC EMPLOYEE                           |
| Seq: 36 | Behavior Citation on 10/20/2016     At Inst: 017 - KILBY RCC                             |
|         | Cust from 29 to 29            Retain Days: 0                                             |
|         | Rule: 312 - INSUBORDINATION                                                              |
| Seq: 35 | MAJOR Discipline on 08/15/2016 At Inst: 003 - HOLMAN PRISON                              |
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 925 - FAILURE TO OBEY A DIRECT ORDER OF AN ADOC EMPLOYEE                           |
| Seq: 34 | MAJOR Discipline on 08/15/2016 At Inst: 003 - HOLMAN PRISON                              |
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule:   - INTENTIONALLY CREATING A SECURITY, SAFETY, OR HEALTH HAZARD                    |
| Seq: 33 | MAJOR Discipline on 11/12/2015 At Inst: 003 - HOLMAN PRISON                              |
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 925 - FAILURE TO OBEY A DIRECT ORDER OF AN ADOC EMPLOYEE                           |
| Seq: 32 | MAJOR Discipline on 05/06/2014 At Inst: 003 - HOLMAN PRISON                              |
|         | Cust from 69 to 69            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 529 - UNAUTHORIZED PARTICIPATION IN SOCIAL NETWORKING                              |
| Seq: 31 | MAJOR Discipline on 02/07/2014 At Inst: 003 - HOLMAN PRISON                              |
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 529 - UNAUTHORIZED PARTICIPATION IN SOCIAL NETWORKING                              |
| Seq: 30 | MAJOR Discipline on 02/07/2014 At Inst: 003 - HOLMAN PRISON                              |
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 528 - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S)                         |
| Seq: 29 | MAJOR Discipline on 11/29/2012 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.                 |
|         | Cust from 29 to 29            Retain Days: 0        Time Lost: 0Y 0M 0D                  |
|         | Rule: 922 - THREAT                                                                       |

Run Date: 11/2/2023 1:04:45 AM

# Alabama Department of Corrections
## Inmate Summary
### Disciplinary    00181418X  COUNCIL, ROBERT EARL
For Transactions on 11/1/2023

**Seq: 28**  Behavior Citation on 01/31/2012    At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
Cust from 29 to 29    Retain Days: 0
Rule: 85 - VIOLATION OF INSTIT. RULES OR REG.

**Seq: 27**  MAJOR Discipline on 12/27/2011 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
Cust from 29 to 29    Retain Days: 0    Time Lost: 0Y 0M 0D
Rule: 90 - UNDER INFLUENCE OF ALCOHOL OR NARCOTICS

**Seq: 26**  Behavior Citation on 09/13/2010    At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
Cust from 29 to 29    Retain Days: 0
Rule: 63 - DISORDERLY CONDUCT

**Seq: 25**  MAJOR Discipline on 05/04/2010 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
Cust from 29 to 29    Retain Days: 0    Time Lost: 0Y 0M 0D
Rule: 64 - POSSESSION OF CONTRABAND

**Seq: 24**  MAJOR Discipline on 02/05/2010 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
Cust from 29 to 29    Retain Days: 0    Time Lost: 0Y 0M 0D
Rule: 44 - THREATS

**Seq: 23**  MAJOR Discipline on 01/22/2010 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
Cust from 29 to 29    Retain Days: 0    Time Lost: 0Y 0M 0D
Rule: 56 - FAIL TO OBEY A DIRECT ORDER OF DOC OFF.

**Seq: 22**  MAJOR Discipline on 01/22/2010 At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.
Cust from 29 to 29    Retain Days: 0    Time Lost: 0Y 0M 0D
Rule: 44 - THREATS

**Seq: 21**  Behavior Citation on 09/17/2007    At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29    Retain Days: 0
Rule: 85 - VIOLATION OF INSTIT. RULES OR REG.

**Seq: 20**  Behavior Citation on 08/14/2006    At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29    Retain Days: 0
Rule: 85 - VIOLATION OF INSTIT. RULES OR REG.

**Seq: 19**  MAJOR Discipline on 11/14/2005 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29    Retain Days: 0    Time Lost: 0Y 0M 0D
Rule: 64 - POSSESSION OF CONTRABAND

**Seq: 18**  MAJOR Discipline on 09/20/2005 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29    Retain Days: 0    Time Lost: 0Y 0M 0D
Rule: 31 - ASSAULT ON ANOTHER INMATE

**Seq: 17**  MAJOR Discipline on 01/27/2005 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29    Retain Days: 0    Time Lost: 0Y 0M 0D
Rule: 35 - FIGHTING WITHOUT A WEAPON

**Seq: 16**  MAJOR Discipline on 01/03/2005 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29    Retain Days: 0    Time Lost: 0Y 0M 0D
Rule: 64 - POSSESSION OF CONTRABAND

**Seq: 15**  Behavior Citation on 09/09/2004    At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29    Retain Days: 0

Run Date: 11/2/2023 1:04:45 AM

# Alabama Department of Corrections
## Inmate Summary
### Disciplinary    00181418X  COUNCIL, ROBERT EARL
For Transactions on 11/1/2023

Rule: 85 - VIOLATION OF INSTIT. RULES OR REG.

**Seq: 14**  MAJOR Discipline on 04/21/2003 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0        Time Lost: 0Y 0M 0D

Rule: 57 - INSUBORDINATION

**Seq: 13**  MAJOR Discipline on 04/21/2003 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0        Time Lost: 0Y 0M 0D

Rule: 56 - FAIL TO OBEY A DIRECT ORDER OF DOC OFF.

**Seq: 12**  MAJOR Discipline on 11/14/2001 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0        Time Lost: 0Y 0M 0D

Rule: 64 - POSSESSION OF CONTRABAND

**Seq: 11**  Behavior Citation on 10/30/2000    At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0

Rule: 91 - CONSPIRE TO VIOLATE DOC INSTIT. RULES

**Seq: 10**  Behavior Citation on 06/20/2000    At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0

Rule: 57 - INSUBORDINATION

**Seq: 9**  MAJOR Discipline on 06/07/2000 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0        Time Lost: 0Y 0M 0D

Rule: 52 - UNAUTHORIZED POSS. OF WEAPON/DEVICE

**Seq: 8**  Behavior Citation on 10/25/1999    At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0

Rule: 57 - INSUBORDINATION

**Seq: 7**  MAJOR Discipline on 10/13/1999 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0        Time Lost: 0Y 0M 0D

Rule: 52 - UNAUTHORIZED POSS. OF WEAPON/DEVICE

**Seq: 6**  Behavior Citation on 03/12/1999    At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0

Rule: 56 - FAIL TO OBEY A DIRECT ORDER OF DOC OFF.

**Seq: 5**  MINOR Discipline on 08/16/1996 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0        Time Lost: 0Y 0M 0D

Rule: 62 - INT. CREATE SECURITY/SAFETY/HEALTH HAZ.

**Seq: 4**  MINOR Discipline on 07/08/1996 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0        Time Lost: 0Y 0M 0D

Rule: 58 - LYING OR GIVING FALSE INFO OR TESTIMONY

**Seq: 3**  MAJOR Discipline on 07/08/1996 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0        Time Lost: 0Y 0M 0D

Rule: 57 - INSUBORDINATION

**Seq: 2**  MAJOR Discipline on 07/08/1996 At Inst: 003 - HOLMAN PRISON
Cust from 29 to 29          Retain Days: 0        Time Lost: 0Y 0M 0D

Rule: 50 - BEING IN AN UNAUTHORIZED AREA

**Seq: 1**  Behavior Citation on 07/01/1996    At Inst: 003 - HOLMAN PRISON

Run Date: 11/2/2023 1:04:45 AM