IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT EARL COUNCIL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:23-cv-658-ECM |
| | ) |
| COMMISSIONER JOHN HAMM, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On November 30, 2023, the Court held an evidentiary hearing regarding the Plaintiff's motion for preliminary injunction (doc. 3) filed on November 13, 2023. For the reasons stated on the record in the hearing, and for good cause, it is

ORDERED that the Plaintiff shall submit supplemental briefing on his motion for preliminary injunction on or before **December 7, 2023**. It is further

ORDERED that the Defendants shall file a response to the Plaintiff's supplemental briefing on or before **December 21, 2023**. Any documents or evidence filed after this date will not be considered by the Court except in exceptional circumstances.

Done this 1st day of December, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE